IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SARAH PLATT, NIKITA ADAMS, and DERIK SMITH, | CIVIL ACTION FILE NO. |
| Plaintiffs, | 1:12-cv-01387-RLV |
| v. | |
| RECESSION PROOF PRODUCTIONS, LLC d/b/a/ GEORGIA PEACH RESTAURANT AND LOUNGE, BANANA WIND, LLC, CHE MOORE, LORI SMYTH, and SHANNON STUCKEY, | |
| Defendants. | |

## PLAINTIFFS' STIPULATION OF DISMISSAL

Plaintiffs Sarah Platt, Nikita Adams, and Derik Smith, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)[1], hereby file a stipulation of dismissal. This stipulation is signed by all parties who have appeared.

[Signatures on Following Page]

---

[1] This Rule permits a plaintiff to dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.

**RESPECTFULLY SUBMITTED**:        July 02, 2013

| | |
|---|---|
| **MAYS & KERR LLC**<br>229 Peachtree Street NE<br>International Tower \| Suite 980<br>Atlanta, GA 30303<br>Telephone:  (404) 410-7998<br>Facsimile:    (877) 813-1845<br><br>Counsel to Plaintiffs | /s/ Viraj Parmar<br>Viraj Parmar<br>Ga. Bar No. 996884<br>viraj@maysandkerr.com<br><br>John L. Mays<br>Ga. Bar No. 986574<br>john@maysandkerr.com |

/s/ C. M. Douglas
C. M. Douglas
GA Bar No. 939932
W.L. Williams, Jr.
Georgia Bar No. 756722

**WAKHISI-DOUGLAS, LLC**
2002 Summit Blvd., Suite 300
Atlanta, GA  30319
Telephone: (404) 566-2320
Facsimile:  (866) 566-1232

Counsel to Defendants

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, counsel hereby certify that this pleading has been prepared using Book Antiqua 13 point font, as approved by Local Rule 5.1C.

**THIS** 2nd day of July, 2013

                                                 /s/ Viraj Parmar
                                                 VIRAJ PARMAR, ESQ

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SARAH PLATT, NIKITA ADAMS, and DERIK SMITH,<br><br>    Plaintiffs,<br><br>v.<br><br>RECESSION PROOF PRODUCTIONS, LLC d/b/a/ GEORGIA PEACH RESTAURANT AND LOUNGE, BANANA WIND, LLC, CHE MOORE, LORI SMYTH, and SHANNON STUCKEY,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>1:12-cv-01387-RLV |

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2013, I delivered the foregoing pleading to all parties of record through the electronic system of the Northern District of Georgia, Atlanta Division.

/s/ Viraj Parmar
VIRAJ PARMAR, ESQ